JOHN RUSSELL, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Division B.

Decision Filed July 31, 1924.

A writ of error to the Circuit Court for Hillsborough County, F. M. Robles, Judge.

*James B. Gibson, Jr.*, for Plaintiff in Error;

*Rivers Buford*, Attorney General, *J. B. Gaines*, Assistant Attorney General, and *Charles B. Parkhill*, State Attorney, for the State.

PER CURIAM.—There being ample evidence to sustain a verdict of guilty of manslaughter upon which the judgment of conviction herein was predicated, and no other contentions being made, the judgment is affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.